UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PSYCHEMEDICS CORPORATION,<br>                   Plaintiff,<br>v.<br><br>LESTER M. CRAWFORD, in his official capacity as acting commissioner of the Food and Drug Administration, and FOOD AND DRUG ADMINISTRATION,<br>                   Defendants. | 04 11762 NMG<br><br>CIVIL ACTION NO. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the Unites States District Court for the District of Massachusetts, Plaintiff Psychemedics Corporation discloses that it has no parent corporation and that no publicly held company owns more than 10% of its stock.

PSYCHEMEDICS CORPORATION,

By its attorneys,

_____
J. Allen Holland, Jr., BBO #546892
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800

180318_1.DOC