UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PSYCHEMEDICS CORPORATION, | )<br>)<br>) Civil Action No. 04-11762 NMG |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| LESTER M. CRAWFORD, in his official capacity as Acting Commissioner of the Food and Drug Administration, and FOOD AND DRUG ADMINISTRATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendants, Lester M. Crawford, in his official capacity as Acting Commissioner of the Food and Drug Administration, and Food and Drug Administration.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ electronic signature
    MARK T. QUINLIVAN
    Assistant United States Attorney
    United States Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    617-748-3606

Dated: September 22, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing Notice of Appearance, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

J. Allen Holland, Jr., Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110-1800

This 22nd day of September 2004.

   /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney