# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PSYCHEMEDICS CORPORATION, | )<br>)<br>) Civil Action No. 04-11762 NMG |
| Plaintiff, | ) |
| v. | ) |
| LESTER M. CRAWFORD, in his official capacity as Acting Commissioner of the Food and Drug Administration, and FOOD AND DRUG ADMINISTRATION, | ) |
| Defendants. | ) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

Pursuant to 5 U.S.C. § 552(a)(4)(C) and Rule 6(b) of the Federal Rules of Civil Procedure, defendants Lester M. Crawford, in his official capacity as Acting Commissioner of the Food and Drug Administration ("FDA"), and FDA, hereby move for a 30-day extension of time, or until October 25, 2004, in which to answer or otherwise plead to plaintiffs' complaint. In support of the foregoing motion, defendants say as follows:

1. This matter was brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.* The United States, and its agencies and employees, ordinarily are given 60 days in which to answer or otherwise plead to a complaint. See Fed. R. Civ. P. 12(a)(3)(A). The FOIA provides, however, that "[n]otwithstanding any other provision of law, the defendant shall serve an answer or otherwise plead to any complaint made under this subsection within thirty days after service upon the defendant of the pleading in which such complaint is made, unless the court otherwise directs for good cause shown." 5 U.S.C. § 552(a)(4)(C).

2. Plaintiff served its Complaint upon the United States Attorney on August 25, 2004. Pursuant to § 552(a)(4)(C), defendants therefore must answer or otherwise plead to plaintiff's Complaint on or before September 24, 2004, unless this Court otherwise directs for good cause shown.

3. Defendant FDA is currently locating and processing documents responsive to plaintiffs' FOIA request, but will not be able to complete this process by September 24, 2004. FDA intends to make its best efforts to complete the locating and processing of documents responsive to plaintiff's FOIA Request, and to provide plaintiff with any responsive documents, within the next 30 days. If FDA is successful in its efforts to provide plaintiff with any responsive documents within the next 30 days, and if plaintiff is satisfied with FDA's production, this matter may be resolved without the need for further pleadings by the parties or intervention by this Court.

4. Defendants therefore respectfully request that this Court grant them an additional 30 days, or until October 25, 2004,[1] in which to answer or otherwise plead to plaintiff's Complaint.

5. Defendants' request for an extension of time will not unduly delay this matter. As set forth *infra*, the United States and its agencies and employees ordinarily are given 60 days in which to answer or otherwise plead to a complaint, see Fed. R. Civ. P. 12(a)(3)(A). Moreover, although the FOIA directs that an answer or other responsive pleading to a complaint shall be served within 30 days after service, that statute also expressly authorizes the courts to extend the

---

[1] An extension of 30 days from September 24, 2004 would be until October 23, 2004, which falls on a Saturday. If this motion is granted, defendants' answer or other responsive pleading therefore would be due on October 25, 2004. See Fed. R. Civ. P. 6(a).

time to answer or otherwise respond to a complaint if good cause has been shown. 5 U.S.C. § 552(a)(4)(C).

6. On September 20, 2004, undersigned counsel spoke with counsel for plaintiffs, J. Allen Holland, Jr., Esq., and inquired whether Mr. Holland would consent to this motion. Mr. Holland graciously stated that plaintiff would consent to this motion.

7. If this Court is disinclined to grant this motion, defendants respectfully request that they be given 10 days from the date of the denial of this motion in which to answer or otherwise plead to plaintiff's Complaint.

WHEREFORE, defendants respectfully request that, with good cause having been shown, this Court grant them an additional 30 days, or until October 25, 2004, in which to answer or otherwise plead to plaintiff's Complaint.[2]

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: September 22, 2004

---

[2] This motion is without prejudice to, and does not waive, a motion by the defendants, pursuant to Rule 12 of the Federal Rules of Civil Procedure, that contends that defendant Lester M. Crawford, in his official capacity as Acting Commissioner of the FDA, is not a proper party defendant in a FOIA action. See 5 U.S.C. §§ 552(a)(4)(B).

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that, on September 20, 2004, I conferred with counsel for the plaintiff, J. Allen Holland, Jr., Esq., regarding the foregoing Defendants' Consent Motion for Extension of Time to File Answer or Other Responsive Pleading this motion, and that Mr. Holland graciously stated that plaintiff consented to this motion.

    /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing Defendants' Consent Motion for Extension of Time to File Answer or Other Responsive Pleading, and the accompanying [Proposed] Order, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

J. Allen Holland, Jr., Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110-1800

This 22nd day of September 2004.

    /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney