UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PSYCHEMEDICS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LESTER M. CRAWFORD, in his official capacity as Acting Commissioner of the Food and Drug Administration, and FOOD AND DRUG ADMINISTRATION,<br><br>    Defendants. | Civil Action No. 04-11762 NMG |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Consent Motion for Extension of Time to File Answer or Other Responsive Pleading.  Upon consideration of the foregoing motion, plaintiff's consent thereto, the entire record herein, and with good cause having been shown, it is by the Court hereby

ORDERED that Defendants' Consent Motion for Extension of Time to File Answer or Other Responsive Pleading be, and the same hereby is, GRANTED; and it is further

ORDERED that defendants shall have until October 25, 2004, in which to answer or otherwise plead to plaintiff's Complaint.

_____
NATHANIEL M. GORTON
United States District Judge

Dated: September ___, 2004