UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| PSYCHEMEDICS CORPORATION, ) | |
| ) | Civil Action No. 04-11762 NMG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LESTER M. CRAWFORD, in his official ) | |
| capacity as Acting Commissioner of the ) | |
| Food and Drug Administration, and ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL AND TO STRIKE,
AND DEFENDANT CRAWFORD'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(2), 12(b)(6), and 12(f) of the Federal Rules of Civil Procedure, defendants Lester M. Crawford, Acting Commissioner of the Food and Drug Administration, and the Food and Drug Administration, hereby move as follows: (1) to dismiss Count II of plaintiff's Complaint, which asserts a cause of action pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706, for failure to state a claim upon which relief can be granted; (2) to strike plaintiff's invocation of mandamus jurisdiction, 28 U.S.C. § 1361; and (3) to dismiss defendant Crawford from this action insofar as he is not a proper party defendant in an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq*.  The grounds for this motion are set forth in the accompanying Memorandum of Law.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | MICHAEL J. SULLIVAN<br>United States Attorney |
| ALEX M. AZAR II<br>General Counsel | By: /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN |
| DANIEL E. TROY<br>Chief Counsel<br>Food and Drug Division | Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200 |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | Boston, MA 02210<br>617-748-3606 |
| FREDERICK S. ANSELL<br>Associate Chief Counsel<br>United States Department of Health<br>   and Human Services<br>5600 Fishers Lane<br>Rockville, MD 20857 |  |

Dated: October 25, 2004

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that, on this date, I conferred with plaintiff's counsel, J. Allen Holland, Jr., regarding this motion. Mr. Holland informed me that he would have to review defendants' motion before taking a position.

   /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that on this 25th day of October, 2004, I served upon the person listed below a copy of the foregoing Defendants' Motion for Partial Dismissal, and Defendant Crawford's Motion to Dismiss, and the accompanying Memorandum of Law in Support, by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

J. Allen Holland, Jr., Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110-1800

   /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant United States Attorney