UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PSYCHEMEDICS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LESTER M. CRAWFORD, in his official )<br>capacity as Acting Commissioner of the )<br>Food and Drug Administration, and )<br>FOOD AND DRUG ADMINISTRATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-11762 NMG |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Psychemedics Corporation and defendants Lester M. Crawford, in his official capacity as Acting Commission of the Food and Drug Administration, and the Food and Drug Administration, hereby stipulate to the dismissal of this action.

Respectfully submitted,

For Plaintiff

By: _____
J. ALLEN HOLLAND, JR.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street
Boston, MA 02110-1800
617-951-0800

Dated: March 15, 2005

For Defendants

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MARK T. QUINLIVAN
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: March 11, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/15/05
_____